**LINDSEY BURROWS, OSB No. 113431**
Burrows Appellate Law
333 SW Taylor St, Suite 300
Portland, OR 97204
Ph: (503) 882-4575
Email: lindsey@burrowsappellatelaw.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No 3:16-cr-00407-AB-1** |
| **Plaintiff,** | |
| **v.** | **Declaration in Support of Defendant's Motion for Extension of Time to File Defendant's Amended Motion to Reduce Sentence** |
| **DWAYNE TAYLOR MCCLINTON,** | |
| **Defendant.** | |

I, Lindsey Burrows, hereby state under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge and belief:

1.  The Court appointed me under the Criminal Justice Act (CJA) to represent Dwayne Taylor McClinton.

2.  Additional time is needed to prepare the Amended Motion to Reduce Sentence.

3.  This is Defendant's fourth motion for an extension of time to file the Amended Motion.

4. Mr. McClinton is currently serving a state sentence. His projected release date is January 22, 2030. Any sentence reduction that this Court might order, should Mr. McClinton prevail, will not affect Mr. McClinton's release date in state court; it will only impact the federal sentence that was ordered to be served consecutively to Mr. McClinton's state sentence.

5. Mr. McClinton underwent surgery on April 13, 2026, following the discovery of a mass on his bladder.

6. My investigator requested the medical records from the surgery and biopsy on May 7, 2026.

7. We received the medical records that included the biopsy results on June 26, 2026.

8. The medical records indicate that Mr. McClinton has been diagnosed with kidney cancer.

9. Based on a prior consultation with a possible expert, counsel elected to wait for the results of the biopsy to retain the appropriate medical specialist, and she is currently consulting with a cancer expert for whom she intends to seek a funding authorization.

10. Opposing counsel does not object to this motion.

**I hereby declare the above statements are true to the best of my knowledge and belief; and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED on July 2, 2026.

/s/ Lindsey Burrows

_____
Lindsey Burrows, OSB No. 113431
333 SW Taylor St, Suite 300
Portland, OR 97204
lindsey@burrowsappellatelaw.com
(503) 882-4575
Attorney for Defendant
Dwayne McClinton